1  NICHOLAS S. CHRISOS, COUNTY COUNSEL
   and Wendy J. Phillips, DEPUTY -- State Bar No. 178452
2  333 West Santa Ana Boulevard, Suite 407
   Post Office Box 1379
3  Santa Ana, California 92702-1379
   Telephone: (714) 834-6298
4  Facsimile: (714) 834-2359

5  Attorneys for non-party
   Orange County Sheriff-Coroner, Coroner Division,
6  and Orange County District Attorney

NOTE CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.R., et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ANA, et al.,<br><br>             Defendants. | Case No. SACV 11-00292 JST (PJWx)<br><br>**STIPULATED PROTECTIVE ORDER RE DOCUMENTS TO BE PRODUCED BY ORANGE COUNTY SHERIFF- CORONER'S OFFICE, CORONDER DIVISION, AND ORANGE COUNTY DISTRICT ATTORNEY PURSUANT TO THIRD PARTY SUBPOENAS; [PROPOSED] ORDER**<br><br>[No Hearing Required] |

*Local Rule 79-5 governs*

This is a Stipulated Protective Order entered into between Plaintiffs, A.J.R. and R.J.R., *by and through their guardian ad litem Laura Juarez,* ("PLAINTIFFS") and third party witnesses and custodians of records, for Orange County Sheriff-Coroner Department, Coroner Division ("CORONER") and Orange County District Attorney (O.C.D.A.).

→ *Under seal filing with the Court.*

//
//
//
//
//

-1-

## RECITALS

1. PLAINTIFFS' case is a wrongful death action arising from the death of their father, Andres Ramirez. PLAINTIFFS allege that one or more City of Santa Ana police officers fired the shots that resulted in their father's death.

2. The CORONER conducted the investigation into the cause and manner of Mr. Ramirez's death. The CORONER determined the cause of death was contusion, laceration of brain with skull fracture due to gunshot wound to the back of head and that the manner of death was homicide.

3. Because Mr. Ramirez's death arose from an officer involved shooting the O.C.D.A. is also conducting an investigation into the death to determine if there is a basis for any criminal charges. That investigation remains ongoing; the O.C.D.A. has not issued its final report. When the O.C.D.A. has an open investigation into the death of a person where that death is related to an officer involved shooting, the CORONER is directed by the O.C.D.A. to not release its records pertaining to the death investigation.

4. On July 28, 2011, a third party subpoena for production of records was served by PLAINTIFFS on the CORONER, requesting the production of a list of documents from the CORONER's investigative file relating to Mr. Ramirez's death. The subpoena was served on Defendants' counsel. A copy of the subpoena with proof of service is attached hereto as Exhibit "A".

5. Also on July 28, 2011, a third party subpoena for production of records was served by PLAINTIFFS on the O.C.D.A., requesting the production of records relating to the O.C.D.A. investigation into Mr. Ramirez's death. A copy of the subpoena with proof of service is attached hereto as Exhibit "B".

6. On August 11, 2011 the CORONER objected to the subpoena via letter sent by their counsel pursuant to Federal Rules of Civil Procedure, rule 45(c)(1)(B). The CORONER objected to producing its investigative records into the death of Andres Ramirez pursuant to the California Official Information Privilege. (Cal. Evid. Code § 1040.) The CORONER'S Assertion of the Official Information Privilege was based

upon the pending investigation by the O.C.D.A. No formal objection was lodged in relation to the subpoena served on the O.C.D.A. However, PLAINTIFFS' counsel has agreed to allow the O.C.D.A. to produce responsive records subject to this protective order.

7. PLAINTIFFS' counsel disagree that the state law privilege created by Evidence Code section 1040 is a legitimate basis to withhold the subpoenaed records.

8. Based on the CORONER'S expressed concern that releasing its death investigation records while the O.C.D.A.'s investigation remains open could interfere with said investigation, and the O.C.D.A.'s same concern (though not formally expressed) the CORONER, O.C.D.A. and the PLAINTIFFS have agreed to this stipulated protective order to avoid the need for court intervention.

## STIPULATION

Therefore, IT IS HEREBY STIPULATED and AGREED by and between the CORONER, O.C.D.A. and PLAINTIFFS, through their attorneys of record that:

1. The CORONER will produce the records in its investigative files pertaining to the death of Andres Ramirez that are responsive to the subpoena served by PLAINTIFFS on the CORONER on July 28, 2011.

2. The O.C.D.A. will produce the records in its investigative files pertaining to the death of Andres Ramirez that are responsive to the subpoena served by PLAINTIFFS on the CORONER on July 28, 2011 (hereinafter all records responsive to the CORONER and the O.C.D.A. subpoenas are collectively referred to as "Responsive Records");

3. The attorneys of record for PLAINTIFFS, and their staff, and any other attorney who receives said Responsive Records shall not copy or reproduce any portion of the Responsive Records, except as necessary to the prosecution of this case.

4. The Responsive Records produced to PLAINTIFFS' counsel and any other attorneys of record in the present matter, shall not be provided to any other third party not specifically identified within the present order. However, the records produced subject to the present order may be shown to and shared with any expert, investigator, or other third

-3-

party as long as the third party has agreed in writing to be bound by the terms of the Stipulated Protective Order;

5. The Responsive Records produced by the CORONER and O.C.D.A. subject to this Stipulated Protective Order shall be used solely in connection with the case of *A.J.R. et. al. v. City of Santa Ana, et al.*, including any associated appellate proceedings and collateral review, and not for any other purpose;

6. If any other party to this case requests copies of the Responsive Records produced by the CORONER and O.C.D.A., counsel for PLAINTIFFS shall first provide a copy of the Stipulated Protective Order to the requesting party. The requesting party shall confirm in writing that both the party and their attorney(s) of record shall be bound by the terms of the Stipulated Protective Order prior to disclosure of the requested records.

7. Each person and/or party to whom disclosure of the Responsive Records is made shall, prior to the time of disclosure, be provided by the person furnishing the materials, a copy of this Stipulated Protective Order, and shall agree in writing that he or she has read the Stipulated Protective Order, and understands its provisions. The writing must also include consent, by the person to whom disclosure is made, to be subject to the jurisdiction of this Court with respect to any proceeding related to the enforcement of this Stipulated Protective Order, including but not limited to a proceeding for contempt.

8. This protective order shall dissolve upon the occurrence of one of the following two events, whichever occurs first: (1) the O.C.D.A. concludes its investigation into Mr. Ramirez's death, or (2) 18 months from the date of Mr. Ramirez's death, which was December 11, 2010, and no criminal charges have been filed against any of the involved officers.

//
//
//
//

9. The custodians of record for the CORONER and the O.C.D.A. shall produce their respective responsive records within five business days of receiving a signed and filed copy of the Stipulated Protective Order.

IT IS SO STIPULATED.

DATED: November 1, 2011

NICHOLAS S. CHRISOS, COUNTY COUNSEL
and Wendy J. Phillips, SENIOR DEPUTY

By *Wendy J Phillips*
Wendy J. Phillips, Senior Deputy

Attorneys for non-parties Orange County Sheriff-Coroner, Coroner Division, and Orange County District Attorney

DATED: November ___, 2011

DANA DOUGLAS, ESQ.
DOUGLAS, LOPEZ & RUMM, LLP

By *Dana Douglas*
Dana Douglas, Esq.

Attorneys for Plaintiffs, A.J.R., et al.

### ORDER

IT IS SO ORDERED.

DATED: 11/16/11

UNITED STATES DISTRICT COURT

By: *Patrick J. Walsh*
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | Dana L. Douglas, SBN 158548 |
| 2 | **DOUGLAS, LOPEZ & RUMM, LLP**<br>333 S. Anita Drive, Suite 780 |
| 3 | Orange, CA 92868<br>Telephone: (714) 634-3800 |
| 4 | Facsimile: (866) 927-0571 |
| 5 | Attorney for Plaintiffs |
| 6 | A.J.R. and R.J.R. |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.R., by and through his guardian ad litem, LAURA JUAREZ,; R.J.R., by and through her guardian ad litem, LAURA JUAREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, a California municipal entity; SANTA ANA POLICE DEPARTMENT, a California municipal entity; PAUL M. WALTERS; OFFICER DOE 1; OFFICER DOE 2; and Does 1-10, inclusive,<br><br>Defendants. | CASE NO: SACV11-00292 JST (PJWx)<br><br>Assigned to the Honorable Josephine Stanton Tucker, Courtroom 10A<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>(Filed concurrently with Stipulated Protective Order Re Documents To Be Produced By Orange County Sheriff-Coroner's Office, Coroner Division And Orange County District Attorney Pursuant To Third Party Subpoenas). |

Upon consideration of the Stipulated Protective Order Re Documents To Be Produced By Orange County Sheriff- Coroner's Office, Coroner Division And Orange County District Attorney Pursuant To Third Party Subpoenas filed herewith, and cause appearing therefore, IT IS SO ORDERED.

UNITED STATES DISTRICT COURT

By:_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Re: A.J.R., *et al* v. City of Santa Ana, *et al.*
Case No: SACV 11-00292 JST (PJWx)

I, Dana Douglas, hereby certify that on November 1, 2011, I electronically transmitted the foregoing document entitled **STIPULATED PROTECTIVE ORDER RE DOCUMENTS TO BE PRODUCED BY ORANGE COUNTY SHERIFF-CORONER'S OFFICE, CORONER DIVISION, AND ORANGE COUNTY DISTRICT ATTORNEY PURSUANT TO THIRD PARTY SUBPOENAS; [PROPOSED] ORDER** to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Steve J. Rothans, Esq    srothans@crdlaw.com

Jill W. Babington, Esq.  jbabington@crdlaw.com

Wendy J. Phillips, Esq.  wendy.phillips@coco.ocgov.com

Dana L Douglas    danaruns@gmail.com, theresa@douglaslopezrumm.com, ddouglas@douglaslopezrumm.com

EXECUTED on November 1, 2011, in Orange, California.

/s/ Dana Douglas
DANA DOUGLAS

1