James F. Rumm, SBN 224412
Dana L. Douglas, SBN 158548
Diana Lopez, SBN 267337
**DOUGLAS, LOPEZ & RUMM, LLP**
333 S. Anita Drive, Suite 780
Orange, CA 92868
Telephone: (714) 634-3800
Facsimile: (866) 927-0571

Attorney for Plaintiffs
A.J.R. and R.J.R.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.R., by and through his guardian ad litem, LAURA JUAREZ,; R.J.R., by and through her guardian ad litem, LAURA JUAREZ,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, a California municipal entity; SANTA ANA POLICE DEPARTMENT, a California municipal entity; PAUL M. WALTERS; OFFICER DOE 1; OFFICER DOE 2; and Does 1-l0, inclusive,<br><br>　　　　　　Defendants. | CASE NO: **SACV11-00292 JST (PJWx)**<br><br>**NOTICE OF SETTLEMENT (CONDITIONED UPON MINORS' COMPROMISE)** |

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the entire above-captioned action has been settled at mediation, and that the settlement has further been approved by the City of Santa Ana. Completion of settlement is now conditioned only upon approval by this Court in minor's compromise pursuant to Local Rule 83-5 *et seq.*

As such, plaintiffs request that all pending dates now be vacated, and that a date for hearing on minor's compromise pursuant to Local Rule 83-5.1 be set on April 2, 2012, or on a

1

**NOTICE OF SETTLEMENT (CONDITIONED UPON MINORS' COMPROMISE)**

1 | subsequent date that is at least 28 days out so as to provide time for sufficient notice.

2 | Dated: February 29, 2011        **DOUGLAS, LOPEZ & RUMM, LLP**

4 | By: ___/s/_____
5 | Dana Douglas
    Attorneys for Plaintiff

2

**NOTICE OF SETTLEMENT (CONDITIONED UPON MINORS' COMPROMISE)**